CASE NO. 14-10403-EE

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

BRENDA GORDON
Appellant,

vs.

US BANK NATIONAL ASSOCIATION, ET AL.
Appellees.

---

On Appeal from the United States District Court
Southern District of Florida
Case No. 1:09-md-02036-JLK

**UNOPPOSED MOTION TO DISMISS APPEAL**

Notice is hereby given that Appellant, Brenda Gordon, hereby files this Unopposed Motion to Dismiss Appeal with Prejudice pursuant to 11th Cir. R. 42-1. Each party shall bear its own costs.

Respectfully submitted

By: *Brenda Gordon*
Brenda Gordon
16200 SW Pacific Highway, #H-207
Tigard, OR 97224
Bkgordon2020@gmail.com
Bk2020@comcast.net

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to 11th Cir. R. 26.1-1, the Appellant hereby certifies that the following is a list of persons and entities who may have an interest in the outcome of this case:

## **INTERESTED PERSONS**

1. Davidson, Barry R.
2. Eckert, C. Marie
3. Elliott, Cody J.
4. Fitz-Patrick, Kadhine "Kay"
5. Hutt, Laurence J.
6. Lemond, Jr., G. Franklin
7. Lin, Rita F.
8. McGuire, James R.
9. Rivera, Sylvia
10. Rogow, Bruce Stephen
11. Webb, Edward Adam
12. Winner, Sonya D.
13. Yang, Mimi

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via CM-ECF filing on this the 23rd day of May, 2014.

By:     */s/ Bruce Rogow*